**Order entered December 16, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01135-CV

**EMERGETECH, INC., Appellant**

**V.**

**TTS, LLC, Appellee**

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-21-09409

## ORDER

Before the Court is appellant's December 15, 2022 motion to stay and abate appellate proceedings and deadlines while the parties attempt to settle their dispute. We **GRANT** the motion and **ORDER** appellant to file a motion to dismiss, a status report, or its brief no later than January 31, 2023.

/s/    KEN MOLBERG
        JUSTICE